371 A.2d 863
Commonwealth v. Rohde, Appellant.

Submitted March 8, 1976. Neil E. Jokelson and Mitchell S. Lipschutz, for appellant; Oscar F. Spicer, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded for a hearing under the Post Conviction Hearing Act. See Commonwealth v. Doria, 468 Pa. 534, 364 A.2d 322 (1976).

PRICE and VAN der VOORT, JJ., dissent.

WATKINS, P. J., dissents on the basis of this Court's decision in Commonwealth v. Doria, 232 Pa.Superior Ct. 439, 335 A.2d 472 (1975).

371 A.2d 863
Commonwealth v. Sampson, Appellant.

Submitted September 13, 1976. Mary Willmann, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.